**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**CHRISTOPHER IRVIN**                                                                                       **PLAINTIFF**

v.                                        **CASE NO. 3:07CV00120 BD**

**MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration**                                                                                   **DEFENDANT**

## JUDGMENT

Pursuant to the Memorandum and Order filed in this matter this date, it is considered, ordered and adjudged that the decision of the Commissioner is reversed and remanded for action consistent with the opinion in this case. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 15th day of September, 2008.

_____
UNITED STATES MAGISTRATE JUDGE