**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**CHRISTOPHER IRVIN**                                                              **PLAINTIFF**

v.                                    **CASE NO. 3:07CV00120 BD**

**MICHAEL J. ASTRUE,**
**Commissioner, Social**
**Security Administration**                                                      **DEFENDANT**

### ORDER

Plaintiff has moved for an award of attorney's fees and costs (docket entry #15) under the Equal Access to Justice Act, 28 U.S.C. § 2412 (EAJA).  He requests fees in the amount of $1,628.65 and costs in the amount of $16.14.  The Commissioner does not object to Plaintiff's request (#20).

Under 28 U.S.C. § 2412(d)(1)(A), the court must award attorney's fees to a prevailing social security claimant unless the Commissioner's position in denying benefits was substantially justified.  The Court has reviewed the time records and agrees with both Plaintiff and the Commissioner that a total award of $1,644.79 is reasonable under the EAJA.

Accordingly, the Court GRANTS Plaintiff's application for attorney's fees under the EAJA (#15) and hereby awards $1,628.65 in fees and $16.14 in costs, for a total award of $1,644.79.

IT IS SO ORDERED this 8th day of December, 2008.

_____
UNITED STATES MAGISTRATE JUDGE